IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES BULLARD, JR., | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | No. 19-5969 |
| Commissioner of Social Security, | : | |
|     Defendant. | : | |

## ORDER

AND NOW, on May 21, 2020, upon consideration of Plaintiff James Bullard's Brief in Support of his Request for Review (doc. 11), the Commissioner's Motion for Remand (doc. 12), and Plaintiff's Reply (doc. 13) it is ORDERED:

1. Plaintiff's Request for Review and the Commissioner's Motion for Remand are GRANTED;

2. The matter is REMANDED to the Commissioner for reconsideration in accordance with the accompanying Memorandum Opinion; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE